IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

    The Joint Motion for Entry of Stipulated Protective Order [filed November 21, 2012; docket #19] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.