IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2013.**

    Defendant's Unopposed Motion for Leave to file a Sur-Reply to Plaintiff's Amended Reply in Support of Motion to Compel [filed March 25, 2013; docket #55] is **granted**. The Clerk of the Court is directed to file Defendant's Sur-Reply, currently located at docket #55-1. The Court will consider the sur-reply and its attachments in the adjudication of the pending motion to compel [docket #27].