IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2013.**

    Defendant's Forthwith Motion to Stay Discovery Order Dated April 2, 2013 Pending Resolution of Objection [filed April 8, 2013; docket #64] is **granted**. Although the Court understands that the Plaintiff objects to Defendant's motion, the Court believes that, under the circumstances presented here, Defendant demonstrates good cause to temporarily stay production of documents it believes to be protected by the attorney-client privilege and work product doctrines until Judge Arguello rules on Defendant's objection. This temporary stay is in effect from April 8, 2013 until the date Judge Arguello rules on the objection to be filed by Defendant on or before the deadline for filing objections. No trial has been yet scheduled in this case; thus, to ensure no undue prejudice to the parties, the Court will adjust the current discovery deadlines, if necessary, upon the ruling by Judge Arguello.