IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2013.**

    In light of the Notice of Settlement filed by Defendant and approved by the Plaintiff [docket #81], Plaintiff's Motion for Leave to Amend Complaint to Include Request for Exemplary Damages and Moratory Interest [filed March 11, 2013; docket #44] and Plaintiff's Motion Pursuant to Fed. R. Civ. P. 56(d) [filed April 17, 2013; docket #78] are **denied as moot**. The parties shall file dismissal papers with the Court on or before May 21, 2013.