IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-01830-CMA-MEH | Date:   May 9, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

COLORADO MILLS, LLC,                                    Jordan Factor

      Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,        Brian Harrison
                                                                                      Lisa Mickley
      Defendants.                                                       Cash Parker

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      **10:45 a.m.**

Court calls case.  Appearances of counsel by telephone.

Discussion held regarding the Joint Motion to Vacate Order on Motion to Compel (Doc. 85, filed 5/6/13).

The Court takes the motion under advisement and will issue a separate written order, based on discussions with counsel.

**Court in recess:**      **10:50 a.m.  (Hearing concluded)**
**Total time in court:**  0:05

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.