IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2013.**

    The Joint Motion to Vacate Order on Motion to Compel [filed May 6, 2013; docket #85] is **granted as follows**. Upon review of the record and the stipulation for dismissal filed May 6, 2013, the Court conferred with counsel for the parties during a hearing on the present motion and has determined that the documents addressed in this Court's Order On Motion To Compel granting in part and denying in part Plaintiff's Motion to Compel (docket #60) have not been produced and, therefore, the order is withdrawn.