**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01830-CMA-MEH

COLORADO MILLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurer,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Joint Stipulation for Dismissal With Prejudice (Doc. # 84), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. # 71) and Defendant's Objection to Magistrate Judge Order and Request for *In Camera* Review (Doc. # 77) are DENIED AS MOOT.

SO ORDERED this __7th__ day of May, 2013.

                                                      BY THE COURT:

                                                      */s/ Christine M. Arguello*
                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Court Judge